UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

COLLEEN M. MCAULIFFE,

                                    Plaintiff,

                v.                                                    5:09-CV-1428
                                                                        (FJS/VEB)
MICHAEL J. ASTRUE, Commissioner, Social
Security Administration,

                                    Defendant.

_____

APPEARANCES                                        OF COUNSEL

LEGAL SERVICES OF                          CHRISTOPHER CADIN, ESQ.
CENTRAL NEW YORK
472 South Salina Street, Suite 300
Syracuse, New York 13202
Attorneys for Plaintiff

SOCIAL SECURITY ADMINISTRATION      DENNIS J. CANNING, ESQ.
OFFICE OF REGIONAL GENERAL          JOANNE JACKSON, ESQ.
COUNSEL, REGION II                  RICHARD A. HILL, JR., ESQ.
26 Federal Plaza – Room 3904
New York, New York 10278
Attorneys for Defendant

SCULLIN, Senior Judge

## ORDER

        Currently before the Court is Magistrate Judge Bianchini's January 24, 2011 Report and

Recommendation, in which he recommended that this Court grant Plaintiff's motion for judgment

on the pleadings, deny Defendant's motion for judgment on the pleadings, reverse Defendant's

decision, and remand the case to Defendant for calculation of benefits.  *See* Dkt. No. 16 at 23.

The parties did not file any objections to those recommendations.

When a party does not object to a magistrate judge's report and recommendation, the court reviews that report and recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, \*10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'"  *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Bianchini's January 24, 2011 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's January 24, 2011 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **GRANTED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's decision is **REVERSED**; and the Court further

**ORDERS** that this case is **REMANDED** to Defendant for calculation of benefits; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close

this case.

**IT IS SO ORDERED.**

Dated: February 9, 2011
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge