# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**COLLEEN M. MCAULIFFE**

    vs.          **CASE NUMBER: 5:09-CV-1428 (FJS/VEB)**

**MICHAEL J. ASTRUE, Commissioner of Social Security Administration**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Stipulation of the Parties for an award of Attorney's Fees under the Equal Access to Justice Act is approved in the amount of $7,500.00 pursuant 28 USC section 2412(d), payable to plaintiff's attorney.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of February, 2011.

DATED: March 2, 2011

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk